UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CHRISTOPHER DANIEL,<br><br>                     Plaintiff,<br><br>v.<br><br>MATT MEDFORD, *et al.*,<br><br>                     Respondent. | No. 1:23-CV-00150-H |

### ORDER

In its order separating pretrial habeas and civil-rights claims, the Court ordered Plaintiff to file a complete amended complaint for actions under 42 U.S.C. § 1983 on the required form and pay the full $350.00 filing fee—or notify the Court that he wished to voluntarily dismiss this action under Federal Rule of Civil Procedure 41. *See* Dkt. No. 8. The Court informed Plaintiff that failure to respond within 20 days would result in dismissal of this action without further notice. Plaintiff responded with a letter stating that he has been released on bond and is no longer incarcerated. Dkt. No. 9. He also returned the provided form without completing it. Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer. The Court finds that Plaintiff's letter serves as a self-executing notice of voluntary dismissal under Rule 41(a). Alternatively, the Court finds that the complaint should be dismissed for failure to prosecute because he has not paid the fee or filed his amended complaint on the required form.

The Clerk is directed to close this case and terminate any pending motions.

So ordered.

Dated December 5, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge